# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## MINUTES OF PROCEEDINGS

**CAMDEN OFFICE:**                          **DATE OF PROCEEDINGS**

**JUDGE RENÉE MARIE BUMB**              December 9, 2015

**COURT REPORTER: TED FORMAROLI**

**Docket #** CR 15-615 (RMB)

**TITLE OF CASE**:
UNITED STATES OF AMERICA
       vs.
RICHARD MARTO
       **DEFT**. **PRESENT**

**APPEARANCE:**
Jonathan W. Romankow, AUSA for Government
Stacy A. Biancamano, Esquire for defendant

**NATURE OF PROCEEDINGS:** WAIVER OF INDICTMENT AND PLEA
Ordered deft. sworn; deft. sworn.
Waiver of indictment executed and filed.
Information filed.
PLEA: Guilty to a One-Count Information.
Terms of plea agreement read into the record.
Ordered plea agreement approved.
Ordered plea accepted.
Ordered sentencing set for Monday, March 14, 2016 at 1:30 p.m.
Ordered bail continued as previously set.

Time commenced: 1:30PM                    Time Adjourned: 2:00PM

Total Time: 30 Minutes

s/ Larry MacStravic
DEPUTY CLERK

**cc: Chambers**