## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## MINUTES OF PROCEEDINGS

| | |
|---|---|
| **CAMDEN OFFICE** | **DATE OF PROCEEDINGS** |
| **JUDGE RENÉE MARIE BUMB** | July 14, 2016 |
| **COURT REPORTER: TED FORMAROLI**<br>**OTHER:** Miguel Rivera, Probation Officer | **Docket #** CR. 15-00615-001(RMB) |

**TITLE OF CASE**:
UNITED STATES OF AMERICA
     vs.
RICHARD MARTO
    **DEFT**. **PRESENT**

**APPEARANCE:**
Jonathan W. Romankow, AUSA for Government
Stacy A. Biancamano, Esquire for defendant

**NATURE OF PROCEEDINGS:** SENTENCING

Sentence:
Imprisonment: 20 months.
Supervised Release: 3 years with conditions.
Fine: $2,000.00
Special Assessment: $100.00.
Defendant advised of right to appeal.
Ordered defendant to surrender on a date and time, set by the Bureau of Prisons.
Order to be entered.

| | |
|---|---|
| Time commenced: 1:30 p.m. | Time Adjourned: 3:35 p.m. |
| | Total Time: 1 Hour and 5 Minutes |
| | s/ Arthur Roney<br>DEPUTY CLERK |

**cc: Chambers**